IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/23/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MANAGED STAFFING, INC., | § | Case No. 05-90671-H1-7 |
| | § | (Chapter 7) |
| Debtor. | § | |

## ORDER

1. The Trustee's Motion for Order Authorizing Abandonment of State Law Claims is **GRANTED**.

2. All claims owned by the estate pending in Travis County state district court, including all claims against Diverse Staff, Inc., are abandoned.

SIGNED this 23 day of June, 2011.

THE HONORABLE MARVIN ISGUR,
CHIEF UNITED STATES BANKRUPTCY JUDGE